UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                    Case no: 3:05cr41/RV

**MARVIN EUGENE BIGHOM** /

### JUDGMENT OF ACQUITTAL ON JURY VERDICT

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Count One of the Indictment, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Count One as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this ___15___ day of September, 2005.

ROGER VINSON
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2005 SEP 19 PM 12: 38

FILED